UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Ayomide Ifelola El Bey           Case No. 2:13-mc-50010
                                                            Honorable Patrick J. Duggan

## OPINION AND ORDER DISMISSING PETITION FOR JUDICIAL NOTICE WITH PREJUDICE

On January 4, 2013, this Court received a document from Ayomide Ifelola El Bey entitled "Petition for Judicial Notice Per Federal Rule of Evidence 201(d), 301 Mandatory." In this petition, Petitioner asks the Court to file five documents that are attached. He indicates that the documents are not related to a pending case or proceeding and that he is not commencing a civil action. (ECF No. 1 at 2.) Petitioner simply wants the Court to "Admit onto Evidence within the Federal Court System" his five documents. (*Id.* at 3.)

Petitioner's documents automatically were filed on the Court's docket. The Court, however, cannot take judicial notice of the contents of the documents. The Federal Rules of Evidence "apply to proceedings in United States courts." Fed. R. Evid. 101(a). Rule 1101 identifies the specific proceedings to which the rules apply:

> •civil cases and proceedings, including bankruptcy, admiralty, and maritime cases;
> •criminal cases and proceedings; and
> •contempt proceedings, except those in which the court may act summarily.

Fed. R. Evid. 1101(b). The present matter is not one of the specified proceedings.

In any event, the "facts" set forth in Petitioner's documents are not the kind of which the Court may take judicial notice. Federal Rule of Evidence 201 identifies those facts that may be judicially noticed:

> The court may judicially notice a fact that is not subject to reasonable dispute because it:
>
> (1) is generally known within the trial court's territorial jurisdiction; or
>
> (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Fed. R. Evid. 201(b). This Court has difficulty understanding what facts are being asserted in Petitioner's documents. From what the Court can discern, however, those facts are neither generally known within the court's jurisdiction nor able to be accurately and readily determined from reliable sources.

For these reasons, and because Petitioner seeks no other action in his petition,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's Petition for Judicial Notice is **DISMISSED WITH PREJUDICE**.

Dated:                                                              PATRICK J. DUGGAN
                                                                    UNITED STATES DISTRICT JUDGE

Copy to:
Ayomide Ifelola El Bey
2102 West Neil Place
Milwaukee, WI 53209-5028